TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Jacquelyn Ayala*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacquelyn Ayala, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Revsolve, Inc. an Arizona corporation, | **JURY TRIAL DEMAND** |
| Defendant. | |

1

NOW COMES THE PLAINTIFF, JACQUELYN AYALA, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for her Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

1. The transactions and occurrences which give rise to this action occurred in the City of Tempe, Maricopa County, Arizona.

2. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

3. The Defendant to this lawsuit is Revsolve, Inc., which is an Arizona company that maintains its registered agent in the City of Phoenix, in Maricopa County, Arizona.

## GENERAL ALLEGATIONS

4. On or about October 26, 2015, Ms. Ayala obtained her credit files and noticed that Defendant reported three accounts with account numbers l100BAN030395****, l100BAN030921*** and l100NEU078860**** ("The Debts") regarding debts allegedly owed to Banner Desert Medical Center.

2

5. On or about December 10, 2015, Ms. Ayala, submitted a letter to Defendant, disputing the Debts that were reporting on her credit files.

6. On or about February 3, 2016, Ms. Ayala obtained her Experian credit file and noticed that Defendant continued to report all three accounts without indicating that they were disputed, in violation of the FDCPA.

## COUNT I-VIOLATION OF

## THE FAIR DEBT COLLECTION PRACTICES ACT

7. Plaintiff reincorporates the preceding allegations by reference.

8. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

9. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

10. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

11. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

   a. 15 U.S.C. §1692e(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a dispute debt is

disputed. Defendant did this when it failed to flag its accounts as disputed on Ms. Ayala's Experian credit file.

12. The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant her the following relief against the Defendant:

a. Actual damages;

b. Statutory damages; and

c. Statutory costs and attorneys' fees.

## JURY DEMAND

Plaintiffs hereby demand a trial by Jury.

DATED:  March 8, 2016                              KENT LAW OFFICES

By: */s/  Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Jacquelyn Ayala

4